STATEMENT IN
SUPPORT OF PROBABLE CAUSE

IN RE:   Ramiro LARA-Moreno

I, Ricardo Gomez, declare and state as follows:

On or about October 04, 2020 the defendant Ramiro LARA-Moreno was apprehended near Laredo, Texas. After a brief interview it was determined that, Ramiro LARA-Moreno was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Ramiro LARA-Moreno was previously REMOVED from the United States on 04/14/2016 at Laredo, Tx. There is no record that Ramiro LARA-Moreno has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on 10/04/2020 at Laredo, TX.

Ricardo Gomez
Border Patrol Agent
United States Border Patrol